STATE of Missouri, Respondent,

v.

Jeff R. LANE, Appellant.

No. WD 59587.

Missouri Court of Appeals,
Western District.

April 30, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 2, 2002.

Tara L. Jensen, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrew W. Hassell, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before: HOLIGER, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

Jeff Lane appeals his conviction for second degree murder and armed criminal action. Lane asserts the trial court abused its discretion in allowing the State to comment, during *voir dire*, on his constitutional right not to testify. For reasons stated in the Memorandum provided to the parties, we affirm the trial court's judgment. Rule 30.25(b).